**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6612**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TARON DEVELLE WALKER,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:18-cr-00022-RBS-RJK-1)

Submitted:  October 22, 2024                      Decided:  October 25, 2024

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Taron Develle Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taron Develle Walker appeals the district court's order denying his postjudgment motion to compel the production of grand jury materials. Upon review, we discern no abuse of discretion in the district court's determination that Walker's allegations were too conclusory and speculative to warrant relief. *See United States v. Jefferson*, 546 F.3d 300, 308 (4th Cir. 2008) (providing standard of review). Accordingly, we affirm the district court's order. *United States v. Walker*, No. 2:18-cr-00022-RBS-RJK-1 (E.D. Va. June 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*